Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000901
17-MAY-2018
11:26 AM

NO. CAAP-17-0000901

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CONSTANTE DELA CRUZ, Petitioner-Appellant,
v.
STATE OF HAWAIʻI, Respondent-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 17-1-0009(4) (CASE NO. 2PC121000494))

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On December 19, 2017, Petitioner-Appellant Constante Dela Cruze (Dela Cruz), filed a notice of appeal;

(2) On February 15, 2018, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before February 26, 2018, and March 27, 2018, respectively;

(3) Dela Cruz did not file either document or request an extension of time;

(4) On April 10, 2018, the appellate clerk notified Dela Cruz that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on April 20, 2018, for appropriate action, which could include dismissal of the appeal, pursuant to Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Dela Cruz may request relief from default by motion; and

(5) Dela Cruz took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, **May 17, 2018.**

Chief Judge

Associate Judge

Associate Judge